NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  PAUL WILEY, MATTHEW LEVINE, AARON LLOYD,**
*Appellants*

---

2019-1774

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/221,415.

---

**JUDGMENT**

---

DOMINIC FRISINA, Buckley King LPA, Cleveland, OH, argued for appellants.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu.  Also represented by KAKOLI CAPRIHAN, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 5, 2020</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |